JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Tisha Entz,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Standard Insurance Company,<br><br>　　　　　　Defendant. | Case No. EDCV 19-402 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Based on its findings of fact and conclusions of law, the Court concludes that Plaintiff has adequately established she was "totally disabled" under the terms of the Plan for the 24-month period. Accordingly, the Court REVERSES Standard's decision to deny Plaintiff's LTD benefits during the 24-month period and AWARDS Plaintiff $51,511.73 in disability benefits owed.

Dated: September 11, 2020

　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge